**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

VirtualFund.com, Inc.,
a Minnesota corporation,

Plaintiff,

vs.

James O' Regan,

Defendant.

Civil No. 00-CV-387 DWF/AJB

**STIPULATION TO EXTEND TIME TO ANSWER AND/OR OTHERWISE PLEAD**

---

**IT IS HEREBY STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendant, James O' Regan, shall answer and/or otherwise respond to Plaintiff's Complaint may be extended to March 24, 2000.

Dated: March 20, 2000

Thomas E. Marshall (#155597)
**JACKSON LEWIS SCHNITZLER & KRUPMAN**
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

**Attorneys for Plaintiff VirtualFund.com, Inc.**

Dated: March 20, 2000

John J. McDonald, Jr. (#136815)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

**Attorneys for Defendant James O'Regan**

FILED MAR 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR EXTENSION OF TIME TO PLEAD**

Based on the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the time within which the Defendant, James O'Regan, shall answer and/or otherwise respond to Plaintiff's Complaint shall be extended to March 24, 2000.

**BY THE COURT:**

Dated: 3/20/00

Arthur J. Boylan
United States Magistrate Judge

\791987