UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

VirtualFund.com, Inc.,
a Minnesota corporation,

Plaintiff,

vs.

James O' Regan,

Defendant.

Civil # 00-CV-387 DWF/AJB

**STIPULATION TO EXTEND TIME TO ANSWER COUNTERCLAIM**

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that the time within which Plaintiff, VirtualFund.com, Inc., shall answer or otherwise respond to Defendant's Counterclaim may be extended to April 20, 2000.

Dated: April 12, 2000

Thomas E. Marshall (#155597)
JACKSON LEWIS SCHNITZLER & KRUPMAN
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-8131

Attorneys for Plaintiff Virtualfund.com, Inc.

Dated: April 13, 2000

John J. McDonald, Jr. (#136815)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661

Attorneys for Defendant James O'Regan

FILED APR 20 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

IT IS SO ORDERED.

Dated: 4/20/00

ARTHUR J. BOYLAN
United States Magistrate Judge