UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VIRTUALFUND.COM, INC.

Plaintiff,

v.

JAMES O'REGAN,

Defendant.

Case No. 00-387 DWF/AJB

NOTICE OF
SETTLEMENT CONFERENCE

---

A settlement conference will be held on July 17, 2000, at 9:00 a.m., in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

**Each attorney shall submit to the undersigned at three days before the date of the settlement conference a confidential letter setting forth the parties' respective settlement position.**

Dated: 7/10/00

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed JUL 10 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________