**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

VirtualFund.com, Inc., a
Minnesota corporation,

Plaintiff,

v.

James O'Regan,

Defendant.

Civil No. 00-387 (DWF/AJB)

**ORDER**

---

Thomas E. Marshall, Esq., and Susan M. Bazil, Esq., Jackson, Lewis, Schnitzler & Krupman, 150 Fifth Street Towers South, Suite 2800, Minneapolis, MN 55402, counsel for Plaintiff.

John J. McDonald, Jr., Esq., and Jeffrey M. Thompson, Esq., Meagher & Geer, 4200 Multifoods Tower, 33 South Sixth Street, Minneapolis, MN 55402, counsel for Defendant.

---

The Court having been duly advised by counsel that settlement negotiations are continuing,

**IT IS ORDERED** that the Court's Order of July 19, 2000 (Doc. No. 13), is hereby amended to add an additional thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 1, 2000

DONOVAN W. FRANK
Judge of United States District Court

FILED SEP 0 1 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK