**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

VirtualFund.com, Inc.,
a Minnesota corporation,

Civil No. 00-387 (DWF/AJB)

Plaintiff and
Counter-Defendant,

v.

**ORDER**

James O'Regan,

Defendant and
Counter-Claimant..

---

Thomas E. Marshall, Esq., and Susan M. Bazil, Esq., Jackson, Lewis, Schmitzler & Krupman, 150 Fifth Street Towers South, Suite 2800, Minneapolis, MN 55402, counsel for Plaintiff.

John J. McDonald, Jr., Esq., and Jeffrey M. Thompson, Esq., Meagher & Geer, 4200 Multifoods Tower, 33 South Sixth Street, Minneapolis, MN 55402, counsel for Defendant.

---

This Court having been advised by Counsel that settlement negotiations are continuing,

**IT IS ORDERED** that the Court extend its Order of September 1, 2000, by sixty (60) days, to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of settlement terms.

Dated: October 3, 2000

DONOVAN W. FRANK
Judge of United States District Court

FILED OCT 0 3 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK